IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KRISTA BARNETT,

   Plaintiff,

v.            No. 1:15-cv-00762 MCA-WPL

SAFECO INSURANCE COMPANY
OF AMERICA,

   Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT

THIS MATTER came before the Court upon the Joint Motion of Plaintiff, Krista Barnett

("Plaintiff"), and Defendant, Safeco Insurance Company of America ("Safeco"), to dismiss

Plaintiff's claims against Safeco and General Insurance Company of America ("General") with

prejudice.  The Court, having reviewed the Joint Motion and being otherwise fully advised in the

premises, finds that the Motion is well taken and shall be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the claims of

Plaintiff, Krista Barnett, against Safeco and General are hereby dismissed with prejudice, with

each party to bear its or his own costs.


        _____

        HONORABLE M. CHRISTINA ARMIJO
        UNITED STATES DISTRICT JUDGE

Submitted by:

RAY, MCCHRISTIAN & JEANS, PC


By: /s/ Shannon A. Parden
    Shannon A. Parden
    Shona L. Zimmerman
    6000 Uptown Blvd. NE, Ste. 307
    Albuquerque, NM 87110
    Tel. (505)855-6000
    Fax (505)212-0140
    sparden@rmjfirm.com
    szimmerman@rmjfirm.com
    *Attorneys for Safeco Insurance*
    *Company of America*


Approved by:


By: /s/ approved
    Cloyd G. Hinkle
    Warren F. Hire, II
    Hinkle Law Offices, P.C.
    3939 San Pedro NE, Bldg. A
    Albuquerque, NM  87110
    (505) 883-4357
    lleal@hinklelawoffices.com
    warren@hinklelawoffices.com
    *Attorneys for Plaintiff*